

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

NOV 2 7 2019

November 25, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The Initial Pretrial Conference
> in this matter is hereby adjourned to
> February 14, 2020 at 2:00 p.m.

Re:   *Senkevich v. Equifax Information Services, LLC*, <u>1:19-cv-08509-AJN</u>

Dear Judge Nathan:

We represent plaintiff Tsimafey Senkevich ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Friday, January 24, 2020 at 3:30 p.m. as that time is one hour before the start of the Jewish Sabbath. Defendants have consented to Plaintiff's adjournment request and this is the parties' first request for an adjournment. The parties propose that the Court reschedule the conference to February 7, 2020, February 14, 2020, February 21, 2020, and at a time closer to 2:00 p.m. due to the Sabbath beginning earlier in the winter, or any other date that is convenient for the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

SO ORDERED: 11/27/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE