USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tsimafey Senkevich, | |
| Plaintiff, | 19-cv-8509 (AJN) |
| –v– | ORDER |
| Experian Information Solutions, Inc., *et al.*, | |
| Defendants. | |

ALISON J. NATHAN, District Judge:

Pursuant to the Case Management Plan in this matter, the parties were to submit a letter seeking referral to an alternative dispute resolution mechanism no later than March 14, 2020. Dkt. No. 36. The Court is not yet in receipt of that letter, and the parties are ordered to submit it no later than May 1, 2020.

SO ORDERED.

Dated: April 27, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge