```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TSIMAFEY SENKEVICH,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and AMERICAN EXPRESS CO.,

                Defendants.
----------------------------------------------------------x

Case No. 1:19-cv-08509-AJN

**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

       Plaintiff Tsimafey Senkevich ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Experian Information Solutions, Inc. (collectively, the "parties"), and states as follows:

       1.     A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

SO ORDERED.    2.     The parties respectfully request that the Court stay this action as to Defendant Experian Information Solutions, Inc., and adjourn all deadlines and conferences.

DATED: April 28, 2020          **COHEN & MIZRAHI LLP**
                                             EDWARD Y. KROUB

                                             /s/ Edward Y. Kroub
                                             EDWARD Y. KROUB

*[signature]* 5/1/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

- 2 -

EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
edward@cml.legal

*Attorneys for Plaintiff TSIMAFEY SENKEVICH*