USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tsimafey Senkevich,

               Plaintiff,

    –v–

American Express Co.,

               Defendant.

19-cv-8509 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Case Management Plan in this matter, the parties were to submit a letter seeking referral to an alternative dispute resolution mechanism no later than March 14, 2020. Dkt. No. 36. On April 27, the Court directed the parties to submit the letter no later than May 1. Dkt. No. 37. The Court is still not in receipt of that letter. The parties are ordered to submit this letter no later than May 21, 2020.

    SO ORDERED.

Dated: May 18, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge