UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/2021

Senkevich.,

            Plaintiffs,

–v–

Equifax Information Services, LLC, *et al.*,

            Defendant.

19-cv-8509 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are hereby ordered to submit a brief joint letter on or before January 15, 2021 updating the Court on the status of the parties' arbitration efforts.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

                                              _____
                                                ALISON J. NATHAN
                                             United States District Judge